UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

CHRISTINE L. SUAREZ, individually,

Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS, LLC, a foreign limited liability company,

Defendant.
_______________________________________/

**JURY DEMAND**

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1. Plaintiff CHRISTINE L. SUAREZ alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (the "FDCPA") against Defendant DYNAMIC RECOVERY SOLUTIONS, LLC.

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the telephone calls forming the basis of this action were placed by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

## PARTIES

5. Plaintiff CHRISTINE L. SUAREZ is a natural person and a citizen of the State of Florida, residing in Palm Beach County, Florida. Said Plaintiff had dominion over the cellular telephones that Defendant was calling.

6. Defendant DYNAMIC RECOVERY SOLUTIONS LLC ("Dynamic Recovery") is a debt collector that operates from offices located at 135 Interstate Boulevard, Suite 6, Greenville, SC 29615; Plaintiff further alleges that Commonwealth is a citizen of the State of South Carolina.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant regularly collects or attempts to collect consumer debts for other persons.

9. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10. Plaintiff previously obtained a personal credit card from Chase Bank. Plaintiff obtained and used this credit card for primarily personal, household, and family purposes.

11. Plaintiff subsequently incurred a consumer debt in connection with this credit card, which went into default in 2005.

12. Defendant Dynamic Recovery was subsequently engaged to attempt to collect this debt.

13. Dynamic Recovery subsequently discovered Plaintiff's cellular telephone number, and began placing telephone calls to the Plaintiff in an effort to collect the alleged debt.

14. On May 21, 2013, Dynamic Recovery called said cellular telephone and left the following voicemail:

> Hi, I'm calling from Dynamic Recovery Solutions. I wanted to discuss a matter with you today. Please give me a call back at 866-

625-8973. Again that number is toll free, and it is 866-625-8973.
I look forward to hearing from you.

15. This message failed to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11) of the FDCPA.

**COUNT I**
**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Plaintiff incorporates paragraphs 1 through 15 herein.

17. Defendant violated the FDCPA by failing to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11). See Foti v. NCO Financial Systems, Inc., 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

WHEREFORE, Plaintiff CHRISTINE L. SUAREZ requests that the Court enter judgment in favor of Plaintiff and against Defendant DYNAMIC RECOVERY SOLUTIONS, LLC for:

a. actual damages;

b. statutory damages of $1,000.00;

c. attorney's fees, litigation expenses, and costs of the instant suit, and;

d. such other or further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

Dated this 22nd day of May, 2013.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
1001 N. Federal Hwy., Ste 106
Hallandale Beach, Florida 33009
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
Bret L. Lusskin, Esq.
Florida Bar No. 28069